## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| **IN THE MATTER OF:** | ) ) ) ) ) | |
| **JOE T. BUERKLE** | ) ) ) ) | **4:09 MC 473 CDP** |

### ORDER

This Court has been advised by receipt of a certified copy of the August 14, 2009 order of the Supreme Court of Missouri, entered in **In re: Joe T. Buerkle**, Cause No. 90313, indicating that Joe T. Buerkle has been disbarred from the practice of law by the Supreme Court of Missouri.

Joe T. Buerkle has been admitted to practice before this Court. In accordance with Local Rule 12.02 and the Rules of Disciplinary Enforcement, this Court issued its order dated September 4, 2009 directing Joe T. Buerkle to show cause in writing within thirty days after service of that order why the identical discipline prescribed by the Supreme Court of Missouri should not be imposed by this Court. The order was served electronically and by certified mail on September 9, 2009, on counsel of record for Joe T. Buerkle. A response was filed by Mr. Buerkle on September 14, 2009 [Doc. # 3] indicating that respondent accepts the imposition of reciprocal discipline. This Court therefore finds that the identical discipline ordered by the Supreme Court of Missouri should be imposed on Joe T. Buerkle pursuant to local rules of this Court.

Accordingly,

**IT IS HEREBY ORDERED** that Joe T. Buerkle be disbarred and that his name be stricken from the roll of attorneys authorized to practice law in the United States District Court for the Eastern District of Missouri.

Dated this 15th day of December, 2009.

BY THE COURT:

_____
Chief Judge Catherine D. Perry

_____
Judge Jean C. Hamilton

_____
Judge Carol E. Jackson

_____
Judge Charles A. Shaw

_____
Judge Rodney W. Sippel

_____
Judge Henry E. Autrey

_____
Senior Judge Donald J. Stohr

_____
Senior Judge E. Richard Webber

Judge Stephen N. Limbaugh, Jr. did not participate.